UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| JONAH SCOTT, | : | CASE NO. 10-84313-mgd |
| | : | |
| DEBTOR. | : | |
| | : | |
| DONALD F. WALTON | : | |
| UNITED STATES TRUSTEE, | : | |
| | : | |
| MOVANT, | : | |
| vs. | : | CONTESTED MATTER |
| | : | |
| JONAH SCOTT, | : | |
| | : | |
| RESPONDENT. | : | |

### MOTION TO DISMISS CASE UNDER SECTION 521(i)(2)

COMES NOW Donald F. Walton, United States Trustee for Region 21, pursuant to 28 U.S.C. § 586(a)(3) and 11 U.S.C. §§ 521(i)(2) and 707(a) and respectfully moves this Court to dismiss this case. In support of this motion, the United States Trustee shows the Court as follows:

1.

Jonah Scott ("Debtor") filed the instant chapter 7 petition on August 23, 2010.

2.

Pursuant to 11 U.S.C. § 521(a) and Fed.R.Bank.P. 1007, debtors are required to file (i) a schedule of assets and liabilities; (ii) a statement of current income and current expenditures; (iii) a statement of financial affairs; (iv) copies of all payment advices or other

evidence of payment received within 60 days before the date of the filing of the petition; (v) a statement of the amount of monthly net income, itemized to show how the amount is calculated; and (vi) a statement disclosing any reasonably anticipated increase in income or expenditures over the 12 month period following the date of the filing of the petition. Pursuant to 11 U.S.C. § 521(a), as to debtors who fail to file all of the requested in formation within 45 days of the date of the filing of the petition, the case shall be automatically dismissed.

3.

In addition to the requirements of Bankruptcy Code section 521(a), debtors who are individuals are required to file with the court a certificate from an approved nonprofit budget and credit counseling agency evidencing that the debtors received credit counseling services within 180 days prior to filing the petition, as required by Bankruptcy Code section 109(h). See 11 U.S.C. § 521(b).

4.

On August 23, 2010, the Clerk of Court informed Debtor that the present chapter 7 filing was deficient due to the fact that his Schedules G thru J, Summary of Schedules, Statistical Summary, Statement of Financial Affairs and Pay Advices had not been filed. According to the notice, Debtor had fourteen days, or through September 7, 2010, to file the above-referenced documents.

5.

On August 24, 2010 the Clerk of Court issued the notice of meeting of creditors informing the debtor and all parties in interest that the Bankruptcy Code section 341 meeting of creditors would be held on September 23, 2010.

6.

To date, Debtor has failed to file the required Schedules G thru J, Summary of Schedules, Statistical Summary, Declaration Concerning Debtor's Schedules, Statement of Financial Affairs and Pay Advices.  October 7, 2010 was the 45th day after the filing of Debtor's petition.

7.

Debtor has not complied with his duties under 11 U.S.C. § 521.  Debtor likewise failed to comply with his duty under 11 U.S.C. § 343 to appear and submit to examination under oath at the Section 341 meeting of creditors scheduled for September 23, 2010.

8.

Bankruptcy Code section 707 (a) provides, in pertinent part, that, after notice and a hearing, the Court may dismiss a case for cause, including unreasonable delay by debtors that is prejudicial to creditors, nonpayment of bankruptcy fees, and failure to file certain schedules and statements required under section 521. The grounds for dismissal listed in section 707(a) are not exclusive.  See 11 U.S.C. § 102(3)(term "including" is not limiting).

9.

Debtor's failure to file mandatory documents and submit to examination at the Section 341 meeting of creditors constitutes cause to dismiss the petition.

WHEREFORE, the United States Trustee respectfully requests that this Court dismiss this case and grant such relief as deemed necessary and appropriate.

DONALD F. WALTON
UNITED STATES TRUSTEE
REGION 21

By: */s/ Vivieon E. Kelley*
Vivieon E. Kelley, Esquire
Georgia Bar No. 143033
United States Department of Justice
*Office of the United States Trustee*
Suite 362, Richard B. Russell Building
75 Spring Street, SW
Atlanta, Georgia  30303
404-331-4437, ext. 125
vivieon.e.kelley@usdoj.gov

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| JONAH SCOTT, | : | CASE NO. 10-84313-mgd |
| | : | |
| _ _ _ _ _ _ _DEBTOR._ _ _ _ _ _ _ | : | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ |
| | : | |
| DONALD F. WALTON | : | |
| UNITED STATES TRUSTEE, | : | |
| | : | |
| MOVANT, | : | |
| vs. | : | CONTESTED MATTER |
| | : | |
| JONAH SCOTT, | : | |
| | : | |
| RESPONDENT. | : | |

**STATEMENT IN SUPPORT OF MOTION TO
DISMISS CASE UNDER SECTION 521(i)(2)**

COMES NOW, Vivieon E. Kelley, and states as follows:

(a)   Counsel has personally reviewed the docket and every page of every document filed in the above-captioned case.

(b)   the debtor has failed to file the following information required by Section 521(a)(1)(A) and (B)(i-iii, iv, vi):

      (i) schedules A-J;
      (ii) a schedule of current income and current expenditures;
      (iii) a statement of the debtor's financial affairs;
      (iv) copies of pay advices; and
      (v) a statement disclosing any reasonably anticipated increase in income or expenditures over the 12-month period following the date of the filing of the petition.

(c)   The information that has been filed does not provide the required information because it contains no complete identification of the debtor's

assets, liabilities, income, expenses, creditors, recent financial activity or projected financial activity. The information provided is insufficient to permit a competent review of the debtor's financial affairs;

(d) the debtor has not sought an extension of time to file the required documents; and

(e) the chapter 7 trustee has not filed a motion under Section 521(i)(4) asking the Court to decline to dismiss the case.

        DONALD F. WALTON
        UNITED STATES TRUSTEE
        REGION 21

By:   */s/ Vivieon E. Kelley*
Vivieon E. Kelley, Esquire
Georgia Bar No. 143033
United States Department of Justice
*Office of the United States Trustee*
Suite 362, Richard B. Russell Building
75 Spring Street, SW
Atlanta, Georgia 30303
404-331-4437, ext. 125
vivieon.e.kelley@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 8, 2010 a true and correct copy of the foregoing motion to dismiss case was sent by First Class United States Mail addressed as follows:

| | |
|---|---|
| Jonah Scott | Tamara Miles Ogier |
| 4557 Eon Ct. | Ellenberg, Ogier, Rothschild & |
| Snellville, GA 30039 | Rosenfeld |
| | 170 Mitchell St. S.W. |
| | Atlanta, GA 30303 |

DONALD F. WALTON
UNITED STATES TRUSTEE
REGION 21
By:      */s/ Vivieon E. Kelley*
Vivieon E. Kelley, Esquire
Georgia Bar No. 143033
United States Department of Justice
*Office of the United States Trustee*
Suite 362, Richard B. Russell Building
75 Spring Street, SW
Atlanta, Georgia  30303
404-331-4437, ext. 125
vivieon.e.kelley@usdoj.gov